

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Michael Wilson*
*Assistant United States Attorney*
*Michael.Wilson4@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4941*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

December 16, 2025

***VIA CM/ECF***

The Honorable Adam B. Abelson
United States District Judge
United States Courthouse
101 West Lombard Street, Chambers 7D
Baltimore, Maryland 21201

> RE:   ***Mandel v. Defense Counter-Intelligence & Security Agency***,
> **Civ. A. No. 1:25-cv-3515-ABA (D. Md.)**

Dear Judge Abelson:

I represent the Defense Counter-Intelligence & Security Agency ("DCSA"), the Defendant in the above-referenced civil action. Pursuant to Local Rule 103(1)(b)(ii), I write to inform Your Honor of a related case currently pending before Your Honor, styled as *Mandel v. DCSA*, Civ. A. No. 8:25-cv-2025-ABA ("*Mandel I*"). Though the legal claims and theories asserted in *Mandel I* and this case are distinct, both cases appear to involve the same operative set of facts. As both cases are currently pending before Your Honor, it is unclear whether Defendant is required to file a Notice of Related Case memorandum. In an abundance of caution however, I write to notify the Court of the prior related case as required by the Local Rules.

Thank you for your consideration of this matter.

Very truly yours,

KELLY O. HAYES
United States Attorney

_____/s/_____
Michael Wilson
Assistant United States Attorney

cc:   Ava R. Mandel, *pro se* Plaintiff (via regular mail)
   Nicole Nardone, Esq., Assistant United States Attorney (DCSA counsel in *Mandel I*)