# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AVA R. MANDEL,<br>　　*Plaintiff*,<br>　v.<br>DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY,<br>　　*Defendant*. | Case No. 25-cv-3515-ABA |

## ORDER

As the summons to the U.S. Attorneys' Office was returned unexecuted, ECF No. 13, the Court hereby ORDERS as follows:

1. The Clerk SHALL REISSUE summons and forward the same together with the Complaint, the U.S. Marshal forms, and a **COPY OF THIS ORDER** to the U.S. Marshal;

2. The U.S. Marshal IS DIRECTED to effectuate service of process on Defendants at the addresses provided by Plaintiff.  If the U.S. Marshal uses U.S. Postal Service delivery to effect service on Defendants, it shall do so by **RESTRICTED DELIVERY, CERTIFIED MAIL**; and

3. The Clerk SHALL SEND a copy of this Order to the Plaintiff.

Date:  January 8, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Adam B. Abelson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge