**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

AVA R. MANDEL,

    Plaintiff,

  v.

DEFENSE COUNTERINTELLIGENCE
AND SECURITY AGENCY,

    Defendants.

Case No. 8:25-cv-2025-ABA
1:25-cv-3515-ABA

**ORDER**

Upon consideration of the parties' Joint Status Report And Motion For Extension

Of Time (Case No. 25-cv-3515, ECF No. 18), it is hereby

ORDERED that:

    1. Defendant will file a Motion to Consolidate (or the parties will file a Joint Motion to Consolidate) on or before **February 18, 2026;**

    2. If Plaintiff does not join in the Motion to Consolidate, she may file a Response to the Motion to Consolidate on or before **March 4, 2026**; and

    3. Defendant will file its Reply to any Response on or before **March 18, 2026**.

    4. Nothing in this Order alters or stays Defendant's obligation to file responsive pleadings in either action absent further order of the Court.

Date: January 21, 2026

                                    */s/*

                              Adam B. Abelson
                              United States District Judge